

# In the Missouri Court of Appeals
# Eastern District

DECEMBER 30, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED100273    STATE OF MISSOURI, RES V JAMES M. HELDERLE, APP

2.    ED100867 C.M.H.-J., APP V. A.W., RES

3.    ED100870 STATE OF MISSOURI, RES V JAMES MARKS, APP

4.    ED101249 MARVELLE BATTLE, APP V STATE OF MISSOURI, RES